NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

BERNARDO ENRIQUE ALVAREZ )
a/k/a ARMANDO RODRIGUEZ, )
 )
  Appellant, )
 )
v. ) Case No. 2D19-4223
 )
STATE OF FLORIDA, )
 )
  Appellee. )
_____)

Opinion filed September 2, 2020.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County, Barbara Twine-
Thomas, Judge.

Bernardo Enrique Alvarez a/k/a
Armando Rodriquez, pro se.

PER CURIAM.

   Affirmed.

SILBERMAN, SLEET, and SMITH, JJ., Concur.